# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
July 12, 2021

In re:

River Ridge LLC
Debtor*

Case Number: 21−50438
Chapter: 7

### DEFICIENCY NOTICE AND
### NOTICE OF DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY

The above−referenced case was commenced on July 9, 2021 (hereafter, the "Petition Date") with the following Petition Date Deficiencies indicated below:

### DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION OR WITHIN FOURTEEN DAYS OF THE PETITION

**NOTICE** is hereby given that in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and D. Conn. Bankr. L.R. 1007−1, the documents indicated below are either not filed to date or incorrectly filed to date, and must be correctly filed with the Court within fourteen days of the Petition Date:

- **Schedule(s) A/B,D,E/F, G,H,; (Official Forms B206A/B − B206H for Non−Individuals, Schedule C is not required for Non−Individual debtor)**

- **Summary of your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum for Individuals, Official Form B206Sum for Non−Individuals)**

- **Statement of Financial Affairs (Official Form B107 for Individuals, Official Form B207 for Non−Individuals)**

- **Attorney's Disclosure of Compensation (Directors Form B2030)**

- **Declaration Under Penalty of Perjury for Non−Individual Debtors ,**

**YOU ARE FURTHER NOTIFIED,** failure to cure the above deficiencies within fourteen (14) days of the Petition Date **shall** result in the **DISMISSAL** of your case.

**YOU ARE FURTHER NOTIFIED** that if you filed an Application to Pay the Filing Fee in Installments, and you fail to pay the full filing fee by the final installment due date or any due date extended beyond the final installment due date, in accordance with Federal Rules of Bankruptcy Procedure 1006(b), **shall** result in **DISMISSAL** of your case.

**NOTE:** Debtors without an attorney have an additional three (3) days to cure the deficiencies.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: July 12, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 – sds

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.