ct118                                                                                                                                                      05/2021

# United States Bankruptcy Court
## District of Connecticut



In re:

    River Ridge LLC

    Debtor *

People's Untied Bank, N.A.

Movant(s)

v.

River Ridge, LLC, Debtor
George Roumeliotis, Trustee

Respondent(s)

Case Number: 21-50438

Chapter: 7

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY
## AND *IN REM* RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(4), People's Untied Bank, N.A. (the "Movant"), in accordance with Local Rule of Bankruptcy Procedure 9014-1, filed a Motion for Relief from Stay dated September 8, 2021 (the "Motion", ECF No. 15), after notice and a hearing held on October 26, 2021, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C.§§ 362(d)(1) and 362(d)(4) it is hereby

    **ORDERED:** The Movant is granted *in rem* relief from the automatic stay as to the real property commonly known as 19 Sugar Hollow Road (and an adjoining parcel known as 00 Sugar Hollow Road), Wilton, Connecticut (the "Property"), based upon the findings that the Movant's claim is secured by an interest in the Property, and that pursuant to 11 U.S.C. § 362(d)(4), the filing of the Debtor's petition was part of a scheme to delay, hinder, or defraud creditors that involved multiple bankruptcy filings affecting the Property pursuant to 11 U.S.C. § 364(d)(4)(B); and it is further

    **ORDERED:** In accordance with 11 U.S.C. § 362(d)(4), if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of this Order, except that the Debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and hearing, see 11 U.S.C. § 102(1). Any Federal, State or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording; and it is further

    **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

BY THE COURT

Dated: October 26, 2021

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.